# Exhibit B



**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

COSTAS S. KRIKELIS
DIRECT DIAL: 302-778-3462
EMAIL: cskrikelis@ratnerprestia.com

November 2, 2004

Stanley P. Fisher
ReedSmith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042

Re: North Carolina Department of Transportation
Project U-3101C, Wake County
SMARTZONE traffic control
Your reference: SCIE.0002 (660133.00002)
Our Reference: AST-900

Dear Mr. Fisher.

Our client, ASTI Transportation Systems has forwarded us your letter dated December 9, 2002 advising them that (a) The Scientex Corporation has invested considerable time and effort in obtaining the intellectual property rights allegedly embodied in U.S. patent 6,064,318, (b) that you intend to advise your client to take the necessary steps to enforce its rights, and (c) that Scientex is willing to discuss licensing terms for the patent.

This is not the first letter our client has received from your firm. In fact, we previously advised you that we represent ASTI Transportation Systems in this matter. Accordingly, please direct all future communications relating to this matter to RatnerPrestia. As stated in our letter to you dated December 12, 2002, we have had an opportunity to thoroughly review United States patent No. 6,064,318, its file history, and additional prior art not before the patent office during prosecution.

ASTI's bids for traffic control systems are based on ASTI's CHIPS product which comprises roadside traffic sensors and Variable Message Boards coupled to transceivers communicating with a central control computer. The ASTI systems have been available in the marketplace since at least 1995, as evidenced by publications and purchase orders.



Stanley P. Fisher
November 2, 2004
Page - 2 -

    As advised in my letter dated September 18, 2002, ASTI Transportation Systems always takes into consideration the intellectual property of others and will not knowingly infringe any valid claims of an issued patent. We will, therefore, review the prosecution history leading to the re-examined patent to see if there is any reason for us to revise our earlier conclusion that ASTI's CHIPS based products do not infringe any valid claims of the 6,064,318 patent. Should we reach a different conclusion, please rest assured that ASTI will take whatever action is needed to assure that Scientex's intellectual property rights are respected.

Sincerely,

Costas S. Krikelis

CSK:rc

cc.    Frank Simko, ASTI Transportation Systems.

# ReedSmith

Stanley P. Fisher
Direct Phone: 703-641-4211
Email: spfisher@reedsmith.com

3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-0681
703.641.4200
Fax 703.641.4340

October 28, 2004

**VIA MAIL & FACSIMILE (302) 328-4051**

Mr. Frank Simpco
ASTI Transportation Systems
18 Blevins Drive
New Castle, Delaware 19720-4152

Re:  North Carolina Department of Transportation
     Project U-3101C, Wake County
     'SMARTZONE' Traffic Control
     Our Reference: SCIE.0002 (660133.00002)

Dear Mr. Simpco:

Our firm represents the Scientex Corporation, which is the owner of U.S. Patent No. 6,064,318 for "Automated Data Acquisition and Processing of Traffic Information in Real Time System and Method of Same" (hereinafter, the "Scientex patent"). It is our understanding that your company may respond to the above-referenced RFP.

Recently, the Scientex patent completed a reexamination process that was initiated by a third party in the industry. Despite volumes of material that were cited against the Scientex patent during that reexamination, all the issued claims of the patent survived. As a matter of fact, forty-three of the patent's fifty issued claims were confirmed in the Examiner's first office action. The remaining unconfirmed claims received only minor clarifying amendments that left the scope of each of those claims virtually unchanged from when they were originally issued.

Consequently, we believe that the Scientex patent has considerable value in the industry, and will be a determining factor in the course of technological development in the industry. We also believe that the industry as a whole is well aware of the existence of the Scientex patent and the scope of protection that it offers our client.

This letter is to inform you that our client has invested considerable time and effort into obtaining the intellectual property rights embodied in that patent, and thus is dedicated to protecting those rights. We

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ PRINCETON
FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ HARRISBURG ♦ LEESBURG ♦ WESTLAKE VILLAGE

reedsmith.com

Mr. Frank Simpco
October 28, 2004
Page 2


believe that any company that responds to the above-noted RFP will have to take the Scientex patent into consideration in order to avoid any potential conflict.

If we should determine that our client's rights are being infringed, we will advise our client to take the necessary steps to enforce their rights. We believe that our client would have a strong basis for willful and enhanced damages should any conflict arise.

Scientex is of course willing to discuss licensing terms for the patent.

Should you respond to the RFP, please take into consideration our client's intellectual property rights. A copy of the Scientex patent and of the confirmed claims are enclosed for your review.

Very truly yours,
REED SMITH LLP

Stanley P. Fisher

Enclosures
SPF/JT:nd

# ReedSmith

Stanley P. Fisher · 703.641.4211 · spfisher@reedsmith.com

December 9, 2002

**VIA MAIL & FACSIMILE (302) 328-4051**

Mr. Frank Simpco
ASTI Transportation Systems
24 Blevins Drive
New Castle, Delaware 19720-4152

Re:   North Carolina Department of Transportation
      'SMARTZONE' Traffic Control on I-95
      in Johnston County, N.C.
      Project No. 8.1777766
      SMARTZONE TRAFFIC CONTROL
      Our Reference: SCIE.0002 (660133.00002)

Dear Mr. Simpco:

It is my understanding that your company may respond to the above-referenced RFP.

Further to our related correspondence of August 12, 2002, this letter is to remind you that our client, Scientex Corporation, is the owner of U.S. Patent No. 6,064,318 for "Automated Data Acquisition and Processing of Traffic Information in Real Time System and Method of Same." Our client has invested considerable time and effort into obtaining the intellectual property rights embodied in that patent, and thus is dedicated to protecting those rights.

Should you respond to the RFP, please take into consideration our client's intellectual property rights so that we may avoid any potential conflict. Otherwise, if we should determine that our client's rights are being infringed, we will advise our client to take the necessary steps to enforce their rights.

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4200
Fax 703.641.4340

Delaware
New Jersey
New York
Pennsylvania
Virginia
Washington, DC

reedsmith.com



# RatnerPrestia
WE SPECIALIZE IN THE LAW OF CREATIVITY®

COSTAS S. KRIKELIS
DIRECT DIAL: 302-778-3462
EMAIL: cskrikelis@ratnerprestia.com

September 18, 2002

VIA FACSIMILE (703) 641-4340 – CONFIRMATION BY MAIL

Stanley P. Fisher
ReedSmith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042

    Re:    Virginia Department of Transportation
            RFP No. 110-RO
            A VARIABLE SPEED SYSTEM FOR WORK ZONES
            Your reference: SCIE.0002 (660133.00002)
            Our Reference: AST-900

Dear Mr. Fisher.

    Your letter is somewhat puzzling, as our client, ASTI Transportation Systems, has not participated in any way with respect to Virginia's Department of Transportation RFP No. 110-RO for A Variable Speed System for Work Zones.

    Even though the subject of your letter is moot in view of ASTI's non participation in the Virginia RFP referred to therein, please rest assured that ASTI Transportation Systems always takes into consideration the intellectual property of others and will not, at least knowingly, infringe any valid claims of an issued patent.

                                            Sincerely,

                                           Costas S. Krikelis

CSK:rc

cc.    Frank Simpco, ASTI Transportation Systems.

NEMOURS BUILDING   |   1007 ORANGE STREET, SUITE 1100   |   P.O. BOX 1596   |   WILMINGTON, DE 19899
PH 302 778 2500   |   FX 302 778 2600   |   WWW.RATNERPRESTIA.COM

# ReedSmith

Stanley P. Fisher • 703.641.4211 • spfisher@reedsmith.com

August 12, 2002

**VIA MAIL & FACSIMILE (302) 328-4051**

Mr. Frank Simpco
ASTI Transportation Systems
24 Blevins Drive
New Castle, Delaware 19720-4152

Re:   Virginia Department of Transportation
      RFP No. 110-RO
      A VARIABLE SPEED SYSTEM FOR WORK ZONES
      Our Reference: SCIE.0002 (660133.00002)

Dear Mr. Simpco:

It is my understanding that your company may respond to the above-referenced RFP.

This letter is to make you aware that our client, Scientex Corporation, is the owner of U.S. Patent No. 6,064,318 for "Automated Data Acquisition and Processing of Traffic Information in Real Time System and Method of Same."

Should you respond to the RFP, please take into consideration our client's intellectual property rights and do so without violating our client's rights.

A copy of the Scientex patent is enclosed for your review.

Very truly yours,

REED SMITH LLP

Stanley P. Fisher

Enclosure

SPF:nd

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4200
Fax 703.641.4340

Delaware
New Jersey
New York
Pennsylvania
Virginia
Washington, DC

reedsmith.com