# Exhibit C

# ReedSmith



**Stanley P. Fisher**
Direct Phone: 703-641-4211
Email: spfisher@reedsmith.com

3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-0681
703.641.4200
Fax 703.641.4340

August 31, 2005

Costas S. Krikelis, Esq.
Ratner Prestia
Nemours Building
1007 Orange Street, Suite 1100
Wilmington, Delaware  19899

Re:    A VARIABLE SPEED SYSTEM FOR WORK ZONES
       Your Reference:  AST-900
       Our Reference: SCIE.0002 (660133.00002)

Dear Mr. Krikelis:

My letter of August 12, 2002, addressed to ASTI Transportation Systems, informed you that our client, Scientex Corporation, is the owner of U.S. Patent No. 6,064,318, "Automated Data Acquisition and Processing of Traffic Information in Real Time System and Method of Same."

Your letter of September 18, 2002, informed me that your client ASTI Transportation Systems did not participate with respect to Virginia's Department of Transportation RFP No. 110-RO for A Variable Speed System for Work Zones.  You were correct that ASTI was not involved with the Virginia RFP.

Our client believes that ASTI alone or in combination with one or more other Stabler Companies has infringed the claims of the Scientex patent on other projects including:

Nebraska Dept. of Roads
I-80 Ruff Road to N370
Project BAC-ITS-80-9 (885)
2004

NCDOT
Project I-474-1 Smart Zone
March 2004

Scientex Corporation has been aggressively enforcing the company's intellectual property rights in a patent infringement suit "The Scientex Corp. v. PDP Associates, Inc. and Prahlad D. Pant" (Civil Action No. 02-1610-A) before the U.S. District Court for the Eastern District of Virginia, Alexandria Division. PDP Associates, Inc. filed a Request for Reexamination on January 13, 2003, citing a long list of references.   The Reexamination ended November 23, 2004, with Scientex receiving Ex Parte Reexamination Certificate (5025th) U.S. 6,064,318 C1.

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ PRINCETON

FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ HARRISBURG ♦ LEESBURG ♦ WESTLAKE VILLAGE

r e e d s m i t h . c o m

Costas S. Krikelis, Esq.
August 31, 2005
Page 2

The litigation was stayed during the lengthy reexamination.

Scientex Corporation and PDP Associates have now settled this dispute. PDP has paid a substantial amount for past infringement and has licensed the patent for the future.

You should also be advised that with regard to the Virginia RFP, in which your client was not a participant, the Virginia Department of Transportation obtained an independent opinion from Williams Mullen as to infringement of the Scientex patent (enclosed).

Scientex has expended considerable time and money enforcing its intellectual property rights and will continue to do so.

At this time, Scientex is willing to offer to ASTI a license to the patent. The license would include a royalty at eight percent (8%) on gross proceeds for each contract in which the licensee makes, uses, sells, offers to sell, and/or imports the patent and technology. The agreement would also require a payment for past infringement of the patent. Although Scientex believes ASTI should be required to pay a much larger sum for past infringement, Scientex will only require a payment of five hundred thousand dollars ($500,000) if this matter can be concluded by September 20, 2005.

I am enclosing various documents to assist you in evaluating this situation, and I look forward to hearing from you.

Very truly yours,
**REED SMITH LLP**

Stanley P. Fisher

Enclosures
SPF:nd