IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STABLER COMPANIES INC., ASTI TRANSPORTATION SYSTEMS, INC., PRECISION SOLAR CONTROLS INC., and PROTECTION SERVICES INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE SCIENTEX CORPORATION,<br><br>Defendant. | C.A. No. 1.05 CV 681 (SLR)<br><br>Jury Trial Demanded |

## VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41
## BY PLAINTIFF STABLER COMPANIES INC. ET AL.

Plaintiffs, Stabler Companies Inc., ASTI Transportation Systems, Inc., Precision Solar Controls Inc., and Protection Services Inc.(collectively Stabler Companies Inc. et al.) hereby voluntarily dismiss the above-captioned case, with prejudice, under Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,.

Dated: January 10, 2006

Rex A. Donnelly (Del. Bar No. 3492)
RatnerPrestia
Nemours Building
1007 Orange Street
Suite 1100
Wilmington, DE 19803
(302) 778-2500
Counsel for Plaintiffs